IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 29 PM 4:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * |  |
|  | * |  |
| Plaintiff, | * |  |
|  | * |  |
| vs. |  | No. 05-20180-D |
|  | * |  |
| CHRISTOPHER WILLIS, | * |  |
|  | * |  |
| Defendant. | * |  |

## ORDER GRANTING MOTION TO CONTINUE TRIAL

It is hereby ORDERED that the Government's motion to continue the case of the defendant, Christopher Willis, currently set for the January 9, 2006 Trial Rotation, is hereby GRANTED, and the case is hereby reset to the February 6, 2006 Trial Rotation, at 9:00, with time being excluded.

DONE at Memphis, Tennessee, this 29 day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/30/05

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20180 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT